IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MALLORY WARREN, | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | **7 : 08-CV-04 (WLS)** |
| Officer PLAYER, et al., | : | |
| Defendants. | : | |

**ORDER AND RECOMMENDATION**

Presently pending in this action brought pursuant to 42 U.S.C. § 1983 are motions filed by the plaintiff seeking a disposition of this matter, as well as an extension of time in which to respond to the defendants' pending Motion for Summary Judgment. In his motions seeking disposition, the plaintiff simply restates his claims and asks for relief. To the extent that these motions present issues for the court's resolution, it is the recommendation of the undersigned that these motions be **DENIED** at this time, as the defendants' Motion for Summary Judgment remains pending. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

Plaintiff's motion seeking an extension of time in which to respond to the defendants' Motion for Summary Judgment, although arguably untimely, is hereby **GRANTED**. The plaintiff shall have until **January 16, 2009**, to file a response to defendants' motion.

**SO ORDERED AND RECOMMENDED**, this 17th day of December, 2008.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE