IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MALLORY WARREN,

    Plaintiff,

v.                                               7:08-CV-04 (WLS)

Officer PLAYER, *et al.*,

    Defendants.

## ORDER

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 17, 2008. (Doc. 34). It is recommended that Plaintiff's Motions to Grant Plaintiff's Claims (Docs. 19, 20) be denied because the same merely reiterate the allegations of Plaintiff's Complaint and request relief. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 34) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motions to Grant Plaintiff's Claims (Docs. 19, 20) is **DENIED**.

**SO ORDERED**, this 24th day of March, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE

1