IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MALLORY WARREN,

    Plaintiff,

vs.

OFFICER PLAYER, et al.,

    Defendants.

CASE NO. 7:08-CV-4 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 39) filed July 28, 2009. It is recommended that Defendants Player and Drawdy's Motion for Summary Judgment (Doc. 24) on each of Plaintiff's two (2) claims of excessive force on separate occasions be granted. As of entry of this order no objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED and made the Order of this Court for reason of the findings made and reasons stated therein.

---

[1] The parties were allotted ten (10) days within which to file objections pursuant to 28 U.S.C. § 636(b)(1).

-1-

Accordingly, Defendants' Player and Drawdy's Motion for Summary Judgment (Doc. 24) is GRANTED.

SO ORDERED, this 30th day of September, 2009.

*[signature]*

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT