FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 OCT 6 AM 9 29
_____B. Littleton_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MALLORY WARREN,

    Plaintiff,

vs.

Officer PLAYER, *et al.*,

    Defendants.

CASE NO.: 7:08-CV-4 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 12) filed February 22, 2008.[1] It is recommended that Defendant Sheriff Carlton Powell and Defendant Jail Administrator Virginia Williams be dismissed. No objection has been filed.

Upon full review and consideration upon the record the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the Order of this Court for reason of the findings made and reasons stated therein.

---

[1] The Court issued an order granting summary judgment to Defendants Player and Drawdy on September 30, 2009 (Doc. 40). The instant Recommendation was inadvertently overlooked by the Court in that the same did not involve a motion, but Plaintiff's supplemental complaint.

Accordingly, Defendants Sheriff Carlton Powell and Defendant Jail Administrator Virginia Williams are DISMISSED from the captioned action.

**SO ORDERED**, this _5th_ day of **October, 2009.**

_____
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**